IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**HABEY HUSSEIN**                                                   **PETITIONER**

**v.**                                **CIVIL ACTION NO. 5:21-CV-1-KS-RHW**

**SHAWN R. GILLIS**                                       **RESPONDENT**

## ORDER

On October 15, 2021, Respondent filed a Motion to Dismiss [9]. Respondent represented that the Petitioner is no longer detained in the Adams County Correctional Center because he was released from custody on April 23, 2021. Accordingly, Respondent argues that this case is moot.

On October 19, 2021, the Magistrate Judge entered a Report and Recommendation [10] that the Court grant Respondent's motion and dismiss the case with prejudice because it no longer presented a live case or controversy. Petitioner did not timely respond to the Report and Recommendation [10].

Therefore, the Court **approves and adopts** the Magistrate Judge's Report and Recommendation [10]. This case no longer presents a live case or controversy, and, therefore, it is moot. The Court **grants** Respondent's Motion to Dismiss [9]. This case is dismissed with prejudice and closed.

SO ORDERED AND ADJUDGED this 4th day of November, 2021.

                                                       /s/     Keith Starrett
                                                              KEITH STARRETT
                                        UNITED STATES DISTRICT JUDGE